**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CATHERINE WALLER, et al.** | ) | |
| | ) | **Case No. 14 C 0223** |
| **Plaintiffs,** | ) | |
| | ) | **JUDGE ST. EVE** |
| **v.** | ) | |
| | ) | **Magistrate Judge Brown** |
| **CITY OF CHICAGO, et al.** | ) | |
| | ) | **JURY DEMAND** |
| **Defendants.** | ) | |

**AGREED ORDER APPROVING SETTLEMENT**
**FOR CASE NUMBER 2014 C 0223**

1. The above captioned matter is a civil rights claim brought by Plaintiffs on behalf of their minor children.

2. All parties have settled the matter for a total of $360,000.00.

3. Plaintiffs counsel have discussed the distribution of said funds with their clients and have agreed to the following division of the settlement funds for distribution based on the different injuries suffered by each individual Plaintiff: David Hemmans – 69.44% or $250,000.00 in gross; Delquantis Bates – 27.78% or $100,000.00 in gross; Jaquon Grant – 2.78% or $10,000.00 in gross.

4. Throughout the course of litigation Plaintiffs' attorneys have also accumulated $1,355.56 in costs and fees. A summary of those costs and fees are listed below.

5. Plaintiffs are establishing trust accounts in the Probate Court of Cook County for each individual minor Plaintiff and upon approval monies will be issued to the Estates of each individual minor plaintiff. The following is a breakdown

of the settlement distribution, and attorneys' fees and costs, pursuant to the attorney/client retainer agreements signed by each plaintiff at the onset of this litigation:

| | |
|---|---|
| Settlement amount: | $360,000.00 |
| Attorney Contingency Fee: | $144,000.00 |
| Costs and fees: | $1,355.56 |
| Net Amount for Distribution to the Estates of the minor plaintiffs: | $214,644.44 |

Expenses:

**Waller, et al v. City of Chicago, et al**

| Date | | Cost |
|---|---|---|
| 1/13/14 | Filing Fee (Northern District of Illinois, Eastern Division) (1/3 each) | $400.00 |
| 1/23/14 | Bates Medical Records (MMRA) (Christ) | $25.99 |
| 2/24/14 | Bates Medical Records (MMRA) (Christ) | $51.53 |
| 3/24/14 | Bates Medical Bills (Advantage)(Christ Physician) | $25.00 |
| 3/24/14 | Hemmans Medical Bills (Advantage)(Christ Physician) | $25.00 |
| 4/28/14 | Grant Medical Records (Scan Stat) (Little Company of Mary) | $40.54 |
| 7/30/14 | Hemmans Medical Records (La Rabida) | $64.01 |
| 10/24/14 | Hemmans Medical Records (MMRA) (Dr. Toolan) | $26.38 |
| 11/25/14 | Dr. Toolan deposition transcript (Hemmans) | $426.10 |
| 12/3/14 | Judy Mrgan deposition transcript (Bates) | $199.70 |
| 1/7/15 | Uber Transportation (Hemmans) | $37.10 |
| 2/12/15 | Uber Transportation (Bates) | $34.22 |
| | | $1,355.56 |

6. As a result of the foregoing, the following is a final list of distributions and corresponding drafts to be issued to each party:
   a. To the Estate of David Hemans -- $149,288.08
   b. To the Estate of Delquantis Bates -- $59,530.23
   c. To the Estate of Jaquon Grant -- $5,826.13

d. To Attorney Michael Cheronis -- $72,529.46
e. To Attorney Timothy Fiscella -- $72,826.10

7. This order shall take effect when entered and shall be binding upon all counsel of record and their law firms, the parties, and persons made subject to this Order by its terms.

**So Ordered.**

Dated: March 9, 2015

JUDGE AMY J. ST. EVE
United States District Court Judge