**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Catherine Waller, et al.
                        Plaintiff,

v.                                           Case No.: 1:14–cv–00223
                                                  Honorable Amy J. St. Eve

City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 9, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve: At plaintiff's unopposed oral request, this case is dismissed, without prejudice, with leave to reinstate by 7/24/15. After 7/24/15, said dismissal will be with prejudice. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.